Case 5:20-cv-00180   Document 50   Filed on 03/16/22 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
March 16, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| **JOSE REYES LUJAN TREVINO,** § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 5:20-CV-00180 |
| § | |
| **ARMANDO GUTIERREZ**, *et al.*, § | |
| § | |
| Defendants. § | |

## FINAL JUDGMENT

For the reasons stated in the Court's Order (Dkt. 44), Plaintiff Jose Reyes Lujan Trevino's claims against Defendants Armando Gutierrez, Victor Lujan, Unknown named DHS ICE Office of the Chief Counsel-San Antonio, Unknown named DHS ICE CBP Officers Laredo-San Antonio, Immigration Court San Antonio District, Clerk of Immigration Court, Immigration Judge Cynthia Lafuente Gaona, Immigration Judge Jane Doe, Immigration Judge John Doe, and Social Security Administration were DISMISSED WITHOUT PREJUDICE and the action was TERMINATED. In compliance with Rule 58 of the Federal Rules of Civil Procedure, the Court sets out its judgment "in a separate document." Fed. R. Civ. P. 58.

The Court hereby enters this FINAL JUDGMENT.

SIGNED this March 16, 2022.

_____
Diana Saldaña
United States District Judge